ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL (2025-131)

| | | |
|---|---|---|
| NANCY RIVERA ORTIZ, <br><br> Peticionaria, <br><br> v. <br><br> EDWIN COÍMBRE CARTAGENA, <br><br> Recurrida. | TA2025CE00429 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Coamo, <br><br> Civil núm.: PO2020CV00264. <br><br> Sobre: liquidación de comunidad de bienes. |

Panel integrado por su presidenta, la jueza Ortiz Flores, la jueza Romero García y el juez Rivera Torres.

Romero García, jueza ponente.

RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de septiembre de 2025.

El 9 de septiembre de 2025, la parte peticionaria, señora Nancy Rivera Ortiz, presentó este recurso discrecional de *certiorari* con el fin de que revisáramos la *Resolución* dictada por el foro primario el 17 de julio de 2025, notificada el 22 de julio de 2025. En ella, el Tribunal de Primera Instancia, Sala Superior de Coamo, denegó la solicitud de sentencia sumaria presentada por la señora Rivera.

Examinada detenidamente la bien fundamentada *Resolución* del foro primario[1] y el escrito de *certiorari*, y prescindiendo de la comparecencia de la parte recurrida, señor Edwin Coímbre Cartagena[2], este Tribunal deniega la expedición del auto de *certiorari*[3].

---

[1] Nos parece evidente que, el hecho de que al recurrido se le haya anotado la rebeldía por incumplimiento con las órdenes del tribunal, no le impone la obligación a dicho foro de dictar la sentencia de manera sumaria. Particularmente, a la luz de que el cuaderno particional presentado por la peticionaria adolece de varias deficiencias en la valoración de ciertos bienes muebles; deficiencias que fueron debidamente apuntadas y desglosadas por el foro primario.

[2] Ello, conforme a la Regla 7(B)(5) del Reglamento de este Tribunal de Apelaciones, que nos permite "prescindir de términos no jurisdiccionales, escritos, notificaciones o procedimientos específicos en cualquier caso ante [nuestra] consideración, con el propósito de lograr su más justo y eficiente despacho […]". *In re aprobación de Enmiendas al Reglamento del Tribunal de Apelaciones*, Resolución ER-01, 2025 TSPR 42, 215 DPR ___ (2025).

[3] *Véase*, Regla 52.1 de las de Procedimiento Civil, 32 LPRA Ap. V, y la Regla 40 del Reglamento de este Tribunal de Apelaciones.

Notifíquese.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones